SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC               Plaintiff,

           - against -

SCVNGR, INC.          Defendant.

10 cv 8159 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

FILED
U.S. DISTRICT COURT
2010 DEC 21 PM 3:23
S.D. OF N.Y.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory P. Gulia a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Julia Huston
Firm Name: Foley Hoag LLP
Address: 155 Seaport Boulevard
City/State/Zip: Boston, MA 02210-2600
Phone Number: (617) 832-1000
Fax Number: (617) 832-7000

Julia Huston is a member in good standing of the Bar of the States of the Commonwealth of Massachusetts

There are no pending disciplinary proceeding against Julia Huston in any State or Federal court.

Dated: 12/21/2010
City, State: New York, NY

Respectfully submitted,

Sponsor: Gregory P. Gulia
SDNY Bar : 2562916
Firm Name: Duane Morris LLP
Address: 1540 Broadway
City/State/Zip: New York, NY, 10036
Phone Number: (212) 692-1000
Fax Number: (212) 692-1020

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC                         Plaintiff,

                                                    10  cv  8159  (DLC)

- against -

SCVNGR, INC.                    Defendant.          AFFIDAVIT OF GREGORY P. GULIA
                                                    IN SUPPORT OF MOTION
                                                    TO ADMIT COUNSEL
State of New York    )                              PRO HAC VICE
                     )  ss:
County of New York   )

Gregory P. Gulia , being duly sworn, hereby deposes and says as follows:

1. I am  Of counsel at Duane Morris LLP  counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit  Julia Huston  as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the  State of New York , and was admitted to practice law in  November of 1993   I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Julia Huston since 2009

4. Ms. Huston is Of Counsel at Foley Hoag LLP

5. I I have found Ms. Huston  to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of  Julia Huston  pro hac vice.

7. I respectfully submit a proposed order granting the admission of  Julia Huston  pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit  Julia Huston  pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 12-21-2010
City, State: New York, New York
Notarized:

ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133505
My Commission Expires S  2014

Respectfully submitted,

Name of Movant: Gregory P. Gulia
SDNY Bar Code: 2562916

SDNY Form Web 10/2006

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

## Julia Huston

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of November in the year of our Lord **two thousand and ten.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC                                    Plaintiff,

- against -

SCVNGR, INC.                               Defendant.



ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Gregory P. Gulia   attorney for SCVNGR, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Julia Huston |
| Firm Name: | Foley Hoag LLP |
| Address: | Seaport West, 155 Seaport Boulevard |
| City/State/Zip: | Boston, MA 02210-2600 |
| Telephone/Fax: | (617) 832-1000 |
| Email Address: | jhuston@foleyhoag.com |

is admitted to practice pro hac vice as counsel for   SCVNGR, INC.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Defendant/Counterclaim Plaintiff
SCVNGR, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RFP LLC,

                Plaintiff/
                Counterclaim Defendant,

   -against-

SCVNGR, INC.,

                Defendant/
                Counterclaim Plaintiff.
------------------------------------------------------------------x   10 Civ. 8159 (DLC)

SCVNGR, INC.,

                Third-Party Plaintiff,

      against

BARRY ROSENBLOOM,

                Third-Party Defendant.
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2010, a copy of Defendant SCVNGR, Inc.'s Motion for Admission PRO HAC VICE of Brian Paul Bialas, Affidavit of Gregory P. Gulia in Support of Motion to Admit Counsel PRO HAC VICE and Proposed Order for Admission PRO HAC VICE on Written Motion was served by mail upon the following parties:

                Brian D. Caplan, Esq.
                Jonathan James Ross
                Caplan & Ross, LLP
                270 Madison Avenue
                13th Floor
                New York, NY 10016