SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC                    Plaintiff,

- against -

SCVNGR, INC.              Defendant.

10 cv 8159 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory P. Gulia a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Brian Paul Bialas
Firm Name:         Foley Hoag LLP
Address:           155 Seaport Boulevard
City/State/Zip:    Boston, MA 02210-2600
Phone Number:      (617) 832-1000
Fax Number:        (617) 832-7000

Brian Paul Bialas is a member in good standing of the Bar of the States of the Commonwealth of Massachusetts

There are no pending disciplinary proceeding against Brian Paul Bialas in any State or Federal court.

Dated:        12/21/2010
City, State:  New York, NY

Respectfully submitted,

Sponsor: Gregory P. Gulia
SDNY Bar : 2562916
Firm Name: Duane Morris LLP
Address: 1540 Broadway
City/State/Zip: New York, NY, 10036
Phone Number: (212) 692-1000
Fax Number: (212) 692-1020

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC

Plaintiff,

- against -

SCVNGR, INC.      Defendant.

10 cv 8159 (DLC)

AFFIDAVIT OF GREGORY P. GULIA
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York   )
                    ) ss:
County of New York  )

Gregory P. Gulia, being duly sworn, hereby deposes and says as follows:

1. I am Of counsel at Duane Morris LLP counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Brian P. Bialas as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November of 1993 I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian Paul Bialas since 2009

4. Mr. Bialas is Of Counsel at Foley Hoag LLP, in Boston Massachusetts.

5. I I have found Mr. Bialas to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian P. Bialas pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brian P. Bialas pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian P. Bialas pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 12-21-2010
City, State: New York, New York
Notarized:

ONIKA D. MCLEAN
y Public - State of New York
ified in Kings County
No. 01MC6133508
on Expires Sept. 19 __ 14

Respectfully submitted,

Name of Movant: Gregory P. Gulia
SDNY Bar Code: 2562916

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **March** A.D. **2008**, said Court being the highest Court of Record in said Commonwealth:

**Brian Paul Bialas**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **November** in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC                              Plaintiff,

                                                              10   cv   8159      (DLC)

        - against -
                                     Defendant.    ORDER FOR ADMISSION
SCVNGR, INC.                                            PRO HAC VICE
                                                      ON WRITTEN MOTION

Upon the motion of  Gregory P. Gulia    attorney for   SCVNGR, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Brian Paul Bialas
    Firm Name:          Foley Hoag LLP
    Address:            Seaport West, 155 Seaport Boulevard
    City/State/Zip:     Boston, MA 02210-2600
    Telephone/Fax:      (617) 832-1000
    Email Address:      BBialas@foleyhoag.com

is admitted to practice pro hac vice as counsel for   SCVNGR, INC.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Defendant/Counterclaim Plaintiff
SCVNGR, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RFP LLC,

       Plaintiff/
       Counterclaim Defendant,

  -against-

SCVNGR, INC.,

       Defendant/
       Counterclaim Plaintiff.
------------------------------------------------------------------x  10 Civ. 8159 (DLC)
SCVNGR, INC.,

       Third-Party Plaintiff,

    against

BARRY ROSENBLOOM,

       Third-Party Defendant.
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

  I hereby certify that on December 21, 2010, a copy of Defendant SCVNGR, Inc.'s Motion for Admission PRO HAC VICE of Julia Huston, Affidavit of Gregory P. Gulia in Support of Motion to Admit Counsel PRO HAC VICE and Proposed Order for Admission PRO HAC VICE on Written Motion was served by mail upon the following parties:

       Brian D. Caplan, Esq.
       Jonathan James Ross
       Caplan & Ross, LLP
       270 Madison Avenue
       13th Floor
       New York, NY 10016

By: _____
Edwin E. Grullon

Case 1:10-cv-08159-DLC   Document 11   Filed 12/21/10   Page 7 of 7