SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RFP LLC         Plaintiff,

\- against -

SCVNGR, INC.    Defendant.

#10

10 cv 8159 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory P. Gulia a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Julia Huston
Firm Name: Foley Hoag LLP
Address: 155 Seaport Boulevard
City/State/Zip: Boston, MA 02210-2600
Phone Number: (617) 832-1000
Fax Number: (617) 832-7000

Granted:
Denise Cote
12/29/10

Julia Huston is a member in good standing of the Bar of the States of the Commonwealth of Massachusetts

There are no pending disciplinary proceeding against Julia Huston in any State or Federal court.

Dated:     12/21/2010
City, State: New York, NY

Respectfully submitted,

Sponsor: Gregory P. Gulia
SDNY Bar : 2562916
Firm Name: Duane Morris LLP
Address: 1540 Broadway
City/State/Zip: New York, NY, 10036
Phone Number: (212) 692-1000
Fax Number: (212) 692-1020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/10

SDNY Form Web 10/2006