SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel



SCANNED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RFP LLC            Plaintiff,

- against -

SCVNGR, INC.       Defendant.

#11

10 cv 8159 (DLC)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory P. Gulia a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Brian Paul Bialas
Firm Name: Foley Hoag LLP
Address: 155 Seaport Boulevard
City/State/Zip: Boston, MA 02210-2600
Phone Number: (617) 832-1000
Fax Number: (617) 832-7000

Denise Cote
12/29/10

Brian Paul Bialas is a member in good standing of the Bar of the States of the Commonwealth of Massachusetts

There are no pending disciplinary proceeding against Brian Paul Bialas in any State or Federal court.

Dated: 12/21/2010
City, State: New York, NY

Respectfully submitted,

Sponsor: Gregory P. Gulia
SDNY Bar : 2562916
Firm Name: Duane Morris LLP
Address: 1540 Broadway
City/State/Zip: New York, NY, 10036
Phone Number: (212) 692-1000
Fax Number: (212) 692-1020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/10

SDNY Form Web 10/2006