Cote, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
RFP LLC,                                        :

      Plaintiff / Counterclaim Defendant,    :

      v.                                       :   10 Civ. 8159 (DLC)

SCVNGR, INC.,                                   :   STIPULATION AND
                                                    [PROPOSED] ORDER
      Defendant / Counterclaim Plaintiff.    :   REGARDING
-----------------------------------------------------------------x   EXTENSION OF TIME
SCVNGR, INC.,                                   :   TO FILE OPPOSITION
                                                    TO MOTION TO
      Third-Party Plaintiff,                 :   DISMISS AND TO FILE
                                                    REPLY
      v.                                       :

BARRY ROSENBLOOM,                               :

      Third-Party Defendant.                 :
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant/Counterclaim Plaintiff/Third-Party Plaintiff SCVNGR, Inc. ("SCVNGR"), Plaintiff/Counterclaim Defendant RFP LLC ("RFP"), and Third-Party Defendant Barry Rosenbloom ("Rosenbloom") (collectively, the "Parties") do hereby stipulate and agree that (1) SCVNGR shall have up to and including January 27, 2011 to file an opposition to RFP and Rosenbloom's Motion to Dismiss SCVNGR, Inc.'s Third and Fourth Counterclaims and Third-Party Complaint (Doc. #14); and (2) RFP and Rosenbloom shall have up to and including February 10, 2011 to file their reply to SCVNGR's opposition.

As grounds for this stipulation and proposed order, the Parties state that due to the holiday season, SCVNGR requires an additional 14 days to oppose RFP and Rosenbloom's Motion to Dismiss and RFP and Rosenbloom require an additional 7 days to file a reply. Pursuant to 1(E) of this Court's Individual Practices in Civil Cases, the Parties also state the

B3827921.1

following: (1) RFP and Rosenbloom filed their Motion to Dismiss on December 30, 2010; (2) under Local Civil Rule 6.1(b), SCVNGR has up to and including January 13, 2011 to oppose the Motion to Dismiss and RFP and Rosenbloom have up to and including January 20, 2011 to file a reply; and (3) the Parties have filed one previous request for an extension of time (Stipulation and [Proposed] Order Regarding Acceptance of Service of Process and Extension of Time to Respond to Counterclaims and Third-Party Complaint) which was granted (Doc. #9). Accordingly, the Parties hereby request that SCVNGR's deadline to file its opposition to RFP and Rosenbloom's Motion to Dismiss be extended to January 27, 2011 and that RFP and Rosenbloom's deadline to file their reply be extended to February 10, 2011.

This stipulation is submitted without prejudice to any claims or defenses available to SCVNGR, RFP, or Rosenbloom under the Federal Rules of Civil Procedure or other applicable law.

So ordered:

*Denise Cote*
1/7/11

Respectfully submitted,

By: _____  
Brian D. Caplan  
Jonathan J. Ross  
CAPLAN & ROSS, LLP  
270 Madison Avenue, 13th Floor  
New York, New York 10016  
(212) 973-9376

Attorneys for Plaintiff/Counterclaim Defendant RFP LLC and Third-Party Defendant Barry Rosenbloom

By: _____  
Julia Huston (admitted *pro hac vice*)  
Brian P. Bialas (admitted *pro hac vice*)  
FOLEY HOAG LLP  
155 Seaport Blvd.  
Boston, Massachusetts 02210  
(617) 832-1000

Gregory P. Gulia  
Vanessa C. Hew  
DUANE MORRIS LLP  
1540 Broadway  
New York, New York 10036  
(212) 692-1000

Attorneys for Defendant/Counterclaim Plaintiff/Third-Party Plaintiff SCVNGR, Inc.

Dated: January 6, 2011

SO ORDERED this ___ day of _____, 2011:

_____  
Hon. Denise L. Cote  
United States District Judge

B3827921.1

- 3 -