```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    10 Civ. 8159 (DLC) (DF)
RFP LLC,                                :
                        Plaintiff,      :         ORDER OF
                                        :       REFERENCE TO A
                -v-                     :      MAGISTRATE JUDGE
                                        :
SCVNGR, INC.,                           :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

DATE FILED: 1-18-11

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_  Specific Non-Dispositive Motion/Dispute

\_\_\_  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

\_\_\_  Habeas Corpus

 X   Settlement

\_\_\_  Social Security

Dated:  New York, New York
        January 18, 2011

                            /s/ Denise Cote
                            DENISE COTE
                            United States District Judge