```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    10 Civ. 8159 (DLC)
RFP LLC,                                 :
                  Plaintiff,             :       PRETRIAL
                                         :    SCHEDULING ORDER
        -v-                              :
                                         :
SCVNGR, INC.,                            :
                  Defendant.             :
                                         :
---------------------------------------- X
```

USDC...
DOCU...
ELECTRONIC...
DOC #: _____
DATE FILED: 1-18-11

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on January 14, 2011, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **January 25, 2011** in order to pursue settlement discussions under her supervision.

2. The defendant having filed a motion to dismiss, plaintiff's opposition shall be served by **January 27, 2011** and the reply, if any, shall be served by **February 10**.

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

3. No additional parties may be joined or pleadings amended after **March 11, 2011.**

4. All fact discovery must be completed by **July 15, 2011.**

5. The following motion will be served by the dates indicated below.

    Any motion for summary judgment.

    - Motion served by **August 5, 2011**
    - Opposition served by **September 9, 2011**
    - Reply served by **September 23, 201**

6.  In the event no summary judgment motion is filed, the Joint Pretrial Order must be filed by **August 5, 2011**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         January 18, 2011

                                    _____
                                              DENISE COTE
                                      United States District Judge