Cole, J

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 7/13/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
RFP LLC,

      Plaintiff,      10 Civ. 8159 (DLC)

  -against-

SCVNGR, INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X
SCVNGR, INC.,

      Third-Party Plaintiff,  **STIPULATION AND ORDER**
              **OF DISMISSAL WITH**
  -against-            **PREJUIDICE**

BARRY ROSENBLOOM,

      Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

   **IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel of record, as follows:

   1. Pursuant to the written agreement dated as of June 15, 2011, between RFP LLC and SCVNGR, Inc. (the "Agreement"), all claims, counterclaims and third-party claims asserted in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side bearing its own costs and attorneys' fees.

So ordered.

*/s/ Denise Cote*
July 13, 2011

~~2.     This Court retains jurisdiction over the parties to enforce the terms of the Agreement.~~

Dated: ~~June~~ July 8, 2011

By: _____
Brian D. Caplan
Jonathan J. Ross
CAPLAN & ROSS, LLP
270 Madison Avenue, 13th Floor
New York, New York 10016
(212) 973-9376

Attorneys for Plaintiff/Counterclaim
Defendant RFP LLC and Third-Party
Defendant Barry Rosenbloom

By: _____
Julia Huston
Brian P. Bialas
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
(617) 832-1000

Attorneys for Defendant/Counterclaim
Plaintiff/Third-Party Plaintiff
SCVNGR, Inc.

SO ORDERED this _____ Day of June, 2011:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE